| | |
|---|---|
| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

CECIL MAX-GEORGE, §
§
    Plaintiff, §
§
*versus* § CIVIL ACTION NO. 9:22-CV-101
§
BRYAN COLLIER, *et al.*, §
§
    Defendants. §

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Cecil Max-George, an inmate confined at the Polunsky Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, brought this lawsuit pursuant to 42 U.S.C. § 1983. The court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge recommends dismissing the action without prejudice. To date, the parties have not filed objections to the report.

The court received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings and all available evidence. After careful review, the court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct. In order to avoid any prejudice as a result of the dismissal, plaintiff will be provided an opportunity to reinstate this action on the court's active docket by submitting either a motion for reinstatement or an advisory that he remains unable to proceed within thirty days after the judgment.

Accordingly, the Report and Recommendation of the United States Magistrate Judge is **ADOPTED**. A final judgment will be entered in this case in accordance with the magistrate judge's recommendation. The dismissal of this action is without prejudice to plaintiff's ability to

reinstate the above-styled action by either filing a motion to reinstate or an advisory that he remains unable to proceed within thirty days from the date set forth below.

SIGNED at Beaumont, Texas, this 30th day of May, 2025.

                                                MARCIA A. CRONE
                                        UNITED STATES DISTRICT JUDGE